# UNITED STATES DISTRICT COURT

for the

District of

eastern wisconsin Division

Case No. **26-C-269**

*(to be filled in by the Clerk's Office)*

Joseph M Wilke

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Chad Spanske, Brandon Rasmussen, Joseph Stocks

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)* ☐ Yes ☐ No

U.S. District Court
Wisconsin Eastern

FEB 18 2026

FILED
Clerk of Court

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Joseph M Wilke
   Address: 936 W Wisconsin Street
   City: Portage    State: WI    Zip Code: 53901
   County: Columbia
   Telephone Number: 920-293-1797
   E-Mail Address: Jwilke665@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Chad Spanske
   Job or Title (if known): Marquette County Sheriffs Deputy
   Address: 77 W Park Street
   City: Montello    State: WI    Zip Code: 53949
   County: Marquette
   Telephone Number: 608 297 2115
   E-Mail Address (if known):

   ☐ Individual capacity    ☐ Official capacity

   Defendant No. 2
   Name: Joseph Starks
   Job or Title (if known): Marquette County Sheriffs Deputy
   Address: 77 W Park St
   City: Montello    State: WI    Zip Code: 53949
   County: Marquette
   Telephone Number: 608 297 2115
   E-Mail Address (if known):

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 3
  Name: Brandon Rasmussen
  Job or Title (if known): Marquette county sherrifs deputy
  Address: 77 W Park Street
  City: Montello   State: WI   Zip Code: 53949
  County: Marquette
  Telephone Number: 608 297 2115
  E-Mail Address (if known):

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
  City:   State:   Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Police misconduct under th 14th amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

209 S main Street neshkoro WI

B. What date and approximate time did the events giving rise to your claim(s) occur?

December 26-2024 6:06 pm - 12:17 am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

these officers pounded on my Doors and windows while shining their flashlights in my House Demanding that I exit my Domicile when I asked if they had a warrant for my arrest or to sarch the building, they said no they did not need one after 2 days of marquette county Harassing me at my home and I Refused to [illegible] work in Woshaura county while woshara county

Arrested me when I went on break I asked the Police officer if they had a warrant again I was told no and that marquette county would explain the reason for my arrest at the county line they transferred me to marquette county sheriffs department where I asked again do you have a warrant signed by a Judge again I was answered with the answer no we donot to no I got to the county Jail before I was informed of my charges. they never read me my rights my rights were violated multiple times during the investigation leading to and during my arrest

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered from extreme panic attacks and emotional distress severe anxienty the charges put aginst me unlawfully put me on probation and my agent put a no contact order between me, my mother my girlfriend and my father my father passed away a few months later never got to say a word to him before passing

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am Requesting 2.5 million dollars for the emotional damage I suffered and all the constitutional Rights that were violated to be removed from probation and the officers involved to be terminated for going aginst federal pratice.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-11-26

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Joseph Wilke

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
    City    State    Zip Code
Telephone Number
E-mail Address