# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSEPH M. WILKE,

     **Plaintiff,**

     **v.**                                         **Case No. 26-CV-269-SCD**

CHAD SPANSKE,
BRANDON RASMUSSEN, and
JOSEPH STARKS,

     **Defendants.**

## REPORT AND RECOMMENDATION

Joseph M. Wilke, who is representing himself, initiated this action on February 18, 2026. ECF No. 1. The clerk of court randomly assigned the case to me. *See* ECF No. 2. I notified Wilke that he would need to pay the filing fee or request to proceed without prepaying the fee within 21 days. *See* ECF No. 2 (dated February 19, 2026). More than 21 days have passed, and the court has not received Wilke's filing fee or a request to proceed without prepaying the filing fee.

Accordingly, I infer that Wilke no longer wants to pursue this action and **RECOMMEND** that it be **DISMISSED without prejudice** for lack of diligence. *See* Fed. R. Civ. P. 41(a) & (b); E.D. Wis. Civ. L. R. 41(c). Because the parties have not yet consented to magistrate-judge jurisdiction, the clerk of court shall reassign this matter to a district judge to review my report and recommendation.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein,

or part thereof, may be filed within fourteen days of service of this recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the district judge in writing.

**SO ORDERED** this 2nd day of April, 2026.

_____
STEPHEN C. DRIES
United States Magistrate Judge

2