UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSEPH M WILKE,

Plaintiff,

Case No. 26-cv-0269-bhl

v.

CHAD SPANSKE, BRANDON RASMUSSEN,
and JOSEPH STARKS,

Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 18, 2026, Plaintiff Joseph M. Wilke, proceeding without an attorney, filed a complaint against several defendants alleging civil rights violations. (ECF No. 1.) On February 19 and March 23, 2026, the Clerk's office sent Wilke letters asking him to complete a form indicating his consent or refusal to Magistrate Judge Stephen C. Dries and to pay the required filing fee or file a petition to proceed without prepayment of the full filing fee. (ECF Nos. 2 & 3.) Wilke did not respond to either letter and, on April 2, 2026, Judge Dries entered a report and recommendation that his case be dismissed without prejudice for lack of diligence. (ECF No. 4.)

Pursuant to General L. R. 72(c), 28 U.S.C. §636(b)(1)(B) and (C), and Fed. R. Civ. P. 6(d) and 72(b)(2), Wilke had until April 16, 2026 to file and serve written objections to the Magistrate Judge's Report and Recommendation. He has again been nonresponsive. Because the Magistrate Judge's Report and Recommendation are not "clearly erroneous or contrary to law," it will be adopted. *See* 28 U.S.C. §636(b)(1)(A). The record and relevant law support Magistrate Judge Dries's recommendation to dismiss Wilke's complaint without prejudice for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Dries's Report and Recommendation, ECF No. 4, are **ADOPTED**.

**IT IS FURTHER ORDERED** that Wilke's complaint is **DISMISSED without prejudice**. The Clerk is instructed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin on April 22, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge